**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, )<br>AND CABELA'S, LLC, )<br>WIRETAPPING LITIGATION ) | MDL Docket No. 3074 |

## CERTIFICATE OF SERVICE

I hereby certify that, pursuant to J.P.M.L. Rule 4.1(a), on March 8, 2023, I filed this Notice of Appearance with the J.M.P.L.'s CM/ECF system, which will serve each of the parties to this MDL electronically.

Dated: March 8, 2023.

/s/ MaryBeth V. Gibson
MaryBeth V. Gibson
Georgia Bar No. 785243
**THE FINLEY FIRM, P.C.**
3535 Piedmont Rd.
Building 14, Suite 230
Atlanta, GA  30305
Phone: (404) 978-6971
Fax: (404) 320-9978
mgibson@thefinleyfirm.com
*Counsel for Plaintiff Timothy Durham*