**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIR:** | **MEMBERS:** | | **DIRECT REPLY TO:** |
| Karen K. Caldwell | Nathaniel M. Gorton | Matthew F. Kennelly | John W. Nichols |
| United States District Court | United States District Court | United States District Court | Clerk of the Panel |
| Eastern District of Kentucky | District of Massachusetts | Northern District of Illinois | One Columbus Circle, NE |
| | | | Thurgood Marshall Federal |
| | David C. Norton | Roger T. Benitez | Judiciary Building |
| | United States District Court | United States District Court | Room G-255, North Lobby |
| | District of South Carolina | Southern District of California | Washington, D.C. 20544-0005 |
| | Dale A. Kimball | Madeline Cox Arleo | Telephone: (202) 502-2800 |
| | United States District Court | United States District Court | Fax: (202) 502-2888 |
| | District of Utah | District of New Jersey | |

ADVISORY

U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

  Counsel appearing for oral argument before the Panel and all other individuals planning to attend the Panel hearing are advised to review and abide by the Eastern District of Pennsylvania's Standing Order regarding the possession of cameras and personal electronic devices by courthouse visitors, which can be found at:  [Standing Order](Standing Order).

  In addition, please see and plan to abide by the Eastern District of Pennsylvania's requirements regarding use of masks or face coverings in the courthouse, which can be found on the court's website:  [https://www.paed.uscourts.gov/](https://www.paed.uscourts.gov/).